IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DAPHINE DOREENE ALFORD**                                             **PLAINTIFF**

v.                                              CAUSE NO. 1:16CV19-LG-RHW

**THE CITY OF WIGGINS, MS;**
**MAYOR JOEL T. MILES; CHIEF OF POLICE**
**MATT BARNETT; POLICE OFFICERS**
**RANDY VINSON, DOUGLAS MCBRIDE,**
**and OFFICERS JOHN DOES 1-5,**
**Individually and in their official capacities**                       **DEFENDANTS**

## JUDGMENT

In accordance with the Court's Orders entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the defendants. Plaintiff's claims against the defendants are **DISMISSED with prejudice**.

**SO ORDERED AND ADJUDGED** this the 8th day of March, 2017.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE